1   BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3   BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

4   NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney

5

6   450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7193

7   nikhil.bhagat@usdoj.gov

8   Attorneys for the United States of America

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

13   UNITED STATES OF AMERICA,                )
                                             )   Case No.  CR 16-506 SI
14          Plaintiff,                        )
                                             )   [~~PROPOSED~~] ORDER EXCLUDING TIME
15      v.                                    )   UNDER THE SPEEDY TRIAL ACT FROM
                                             )   JANUARY 25, 2017 THROUGH MARCH 24,
16   ANTONIO GUTIERREZ, CHRISTIAN             )   2017
     ALEJANDRO MARTINEZ-JIMENEZ, and          )
17   JESUS AYALA-VIRGEN,                       )
                                             )
18          Defendants.                       )

19

20          On January 25, 2017, Defendants Antonio Gutierrez, Christian Alejandro Martinez-Jimenez, and

21   Jesus Ayala-Virgen, along with their respective attorneys, and Assistant United States Attorney Nikhil

22   Bhagat appeared before the Court for a status conference.

23          At that time, the parties requested that the Court continue the matter to March 24, 2017 for an

24   additional status conference in order for the Defendants and their counsel to be able to further review

25   discovery in the matter and for negotiation and investigation.  The Court continued the case to March

     24, 2017 at 11:00 a.m. for a further status conference.

26

27          The parties also requested that the time between January 18, 2017 and March 24, 2017 be

28   excluded under the Speedy Trial Act.

ORDER EXCLUDING TIME
CR 16-506 SI                                    1

1    Based upon the representation of counsel and for good cause shown, the Court finds that failing

2 to exclude the time between January 25, 2017, and March 24, 2017, would deny counsel the reasonable

3 time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

4 3161(h)(7)(B)(iv).

5    The Court further finds that the ends of justice served by excluding the time from January 25,

6 2017, through and including March 24, 2017, from computation under the Speedy Trial Act outweigh

7 the best interests of the public and the defendant in a speedy trial.

8    Having made these findings, it is hereby ORDERED that the time from January 25, 2017

9 through and including March 24, 2017, shall be excluded from computation under the Speedy Trial Act.

10 18 U.S.C. § 3161(h)(7)(B)(iv).

11

12    **IT IS SO ORDERED** this __26th__ day of January, 2017.

13

14

15 _____

16 THE HONORABLE SUSAN ILLSTON
SENIOR U.S. DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

ORDER EXCLUDING TIME
CR 16-506 SI                                              2